# Order

Michigan Supreme Court
Lansing, Michigan

May 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129987

HIGGINS LAKE PROPERTY OWNERS
ASSOCIATION,
Plaintiff-Appellee,

v

GERRISH TOWNSHIP, LYON TOWNSHIP,
ROSCOMMON COUNTY ROAD
COMMISSION, ROBERT E. GEACH,
and ANNA M. GEACH,
Defendants-Appellees,

and

DONNA K. ABBRUZZINO, GIUSEPPE
ABBRUZZINO, ADRIENNE M. ALLARD,
DONALD G. BARNOWSKI, JR.,
MARGARET BARNOWSKI, SCOTT D.
BEAGLE, ROGER R. BLOOMFIELD,
SUSAN R. BLOOMFIELD, ROBERT A.
BOWMAN, LYNN F. BRAGG, GARY A.
BRILL, PATRICK J. BUTCHER,
DONALD M. CORBIN, DONALD C.
FINKBEINER, GARY E. GROSS,
DANIEL J. GUNDRY, HEATHER
GUNDRY, GARY G. HARDER,
JOHN M. HERING, SR., STEVEN
HUGHES, RAYMOND W. HUMMEL,
RICHARD E. JORDAN, CARL KALMAR,
JR., CHARLES N. KAMINSKI, JAMES I.
MARTIN, TERESE G. MARTIN,
GEORGE S. MEYERS, THEODORE J.
MILLER, THOMAS J. MISURACA,
LAURA J. NELSON, ROBERT A.
PARDUE, SR., TERRY L. PATTON,
JOHN E. REYNOLDS, THOMAS D.
SATTLER, WILLIAM F. SCHMIDT,
CAROL J. SCHMIDT, JOHN S.
SCHRECK III, ROBERT L.

SC: 129987
COA: 262717
Roscommon CC: 04-724751-CH

SCHWARTZ, DANIEL A.
SINGER, WILLIAM E. STEINIGER,
JR., NANCY A. STEPHENS, LIBUSE M.
TEJCEK, JOHN M. VONITTER, and
DENIS R. WITTIG,
       Defendants,

and

GARY O. BREIDINGER, JAMES R.
DUNDAS, PAMELA A. DUNDAS,
DALE E. FISHER, MICHAEL T.
HARTZLER, ISABEL LEADER,
JOHN G. RAYMO, and DUANE E.
SCHOOLEY,
       Defendants-Appellees,
       Cross-Appellants,

and

JEAN E. WITTIG,
       Defendant-Appellant,
       Cross-Appellee.

_____/

     On order of the Court, the application for leave to appeal the October 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

l0522